UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| COREY LOUIS HINES, | ) |  |
|---|---|---|
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | No. 4:10CV39 HEA |
|  | ) |  |
| DAVID HAYES, et al., | ) |  |
|  | ) |  |
| Respondents. | ) |  |

## ORDER

This matter is before the Court on movant's successive motion under 28 U.S.C. § 2255.[1] The motion is similar to the successive motion that movant previously brought in the case *Hines v. Devore*, 4:09CV1236 HEA, and the Court will dismiss this action for the reasons set forth in that case.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion under 28 U.S.C. § 2255 is **DISMISSED**, without prejudice, for the reasons set forth in the case *Hines v. Devore*, 4:09CV1236 HEA (order dated 10/29/2009).

---

[1] Although movant filed the motion as a petition under § 2241, the Court will construe it as a motion under § 2255 because the remedy under § 2255 is not inadequate or ineffective. *See United States v. Lurie*, 207 F.3d 1075, 1077 (8th Cir. 2000).

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

An Order of Dismissal will accompany this Order.

Dated this 29th day of January, 2010.

                                            HENRY EDWARD AUTREY
                                            UNITED STATES DISTRICT JUDGE