UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY LOUIS HINES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )   No. 4:10CV39 HEA |
| | ) |
| DAVID HAYES, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 29th day of January, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE